■ WILFRID PELLETIER v. MILDRED MOONEY et al.— Motion for stay granted and all further proceedings under the order appealed from are stayed pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 31, 1960, with notice of argument for June 7, 1960,

said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.